UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND; TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND; and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br> Petitioners, <br><br> -v.- <br><br> ARATA EXPOSITIONS, INC., <br><br> Respondent. | 25 Civ. 8166 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 2, 2025, Petitioners filed a petition to confirm an arbitration award.  (Dkt. # 1).  Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment."  *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **October 20, 2025**.  Respondent's opposition, if any, is due on **November 17, 2025**. Petitioners' reply, if any, is due **December 1, 2025**.

SO ORDERED.

Dated: October 6, 2025
        New York, New York

                                                   KATHERINE POLK FAILLA
                                                   United States District Judge