

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Maura Moosnick, Esq.**
Partner
mmoosnick@vandallp.com

October 17, 2025

**VIA ECF AND ELECTRONIC MAIL**

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
failla_nysdchambers@nysd.uscourts.gov



Re: *Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Funds, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, et al v. Arata Expositions, Inc.,* Case No. 1:25-cv-8166-KPF

Dear Hon. Katherine Polk Failla,

This firm represents Petitioners in the above referenced matter. We write pursuant to the Court's October 6, 2025, Order directing Petitioners to move for confirmation of the arbitral award in the form of a motion for summary judgment on or before October 20, 2025 (ECF Dkt. No. 7). Petitioners write to respectfully request a thirty (30) day extension of the deadline to submit a motion for summary judgment.

Following the issuance of the Court's October 6, 2025 Order, Respondent Arata Expositions, Inc. ("Respondent") contacted this firm to discuss settlement, and the parties have since engaged in substantive settlement negotiations and are progressing toward resolution. Currently, the parties are in the process of addressing certain details regarding settlement compliance and a written instrument must still be finalized and executed for a settlement agreement to become effective. At present, Respondent's principal is traveling on vacation.

Accordingly, Petitioners respectfully request a thirty (30) day extension of the motion for summary judgment briefing schedule, with moving papers due on November 19, 2025, to allow the parties to continue settlement discussions and, if approved, finalize a written agreement. This is Petitioners' first request for an extension of time.



We thank the Court for its time and attention to this matter.

Respectfully submitted,

Maura Moosnick, Esq.

cc: Arata Exposition Inc. (via email)

---

In light of the parties' progress in settlement discussions, Petitioners' request for an extension of time to file their motion for summary judgment is GRANTED.

Petitioners' motion for summary judgment shall be filed on or before **November 19, 2025.** Respondent's opposition, if any, shall be filed on or before **December 17, 2025.** Petitioners' reply, if any, shall be filed on or before **January 2, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:  October 17, 2025　　　　　　　　　　SO ORDERED.
        New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2